UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KAVIN MAURICE RHODES, | ) | 1:02- CV F 5018 REC DLB P |
| Plaintiff, | ) ) | ORDER FOLLOWING REMAND FROM NINTH CIRCUIT COURT OF APPEALS |
| v. | ) ) | |
| M. ROBINSON, et al., | ) ) | ORDER DIRECTING DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT |
| Defendants. | ) ) | |

Plaintiff is proceeding pro se and in forma pauperis. Judgment was entered in this action on February 4, 2003 after the District Judge adopted the Magistrate Judge's Findings and Recommendation granting defendants' motion to dismiss based on qualified immunity. Plaintiff filed a notice of appeal on February 19, 2003. On April 25, 2005, the Ninth Circuit Court of Appeals issued an opinion reversing the judgment and remanding the action to the District Court for further proceedings. The Court of Appeals rejected this Court's finding that plaintiff failed to state a cognizable claim for relief for retaliation because plaintiff has not alleged a chilling of his First Amendment rights. The Court of Appeals stated, "In this context and at the pleading stage, we have *never* required a litigant, *per impossibile*, to demonstrate a *total* chilling of his First Amendment rights to file grievances and to pursue civil rights litigation in order to perfect a retaliation claim." The Court of Appeals also reiterated that "the prohibition against retaliatory punishment is clearly

1  Established law in the Ninth Circuit."

2      Consistent with the opinion of the Ninth Circuit Court of Appeals, defendants are HEREBY

3  ORDERED to respond to the first amended complaint within 30 days of this Order.

4      IT IS SO ORDERED.

5  **Dated:   May 10, 2005**                 **/s/ Dennis L. Beck**
   3b142a                 UNITED STATES MAGISTRATE JUDGE