UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN MAURICE RHODES,<br><br>        Plaintiff,<br><br>    v.<br><br>M. ROBINSON, et al.,<br><br>        Defendants. | 1:02- CV F 5018 REC DLB P<br><br>ORDER DIRECTING DEFENDANTS TO RESPOND TO PLAINTIFF'S REQUEST TO FILE SECOND AMENDED COMPLAINT |

      Plaintiff is proceeding pro se and in forma pauperis.  Judgment was entered in this action on February 4, 2003 after the District Judge adopted the Magistrate Judge's Findings and Recommendation granting defendants' motion to dismiss based on qualified immunity.  Plaintiff filed a notice of appeal on February 19, 2003.  On April 25, 2005, the Ninth Circuit Court of Appeals issued an opinion reversing the judgment and remanding the action to the District Court for further proceedings.  On May 11, 2005, this Court ordered defendants to respond to the first amended complaint.  Defendants filed an answer to the first amended complaint on June 3, 2005.  The Court issued its Discovery and Scheduling Order on July 14, 2005.  On March 30, 2006, plaintiff filed a motion for leave to file a second amended complaint.  Defendants are HEREBY ORDERED to respond to plaintiff's motion within 20 days of this order.

1  IT IS SO ORDERED.

2  **Dated:    March 30, 2006**                      **/s/ Dennis L. Beck**
   3c0hj8                                         UNITED STATES MAGISTRATE JUDGE