UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN MAURICE RHODES,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>M. ROBINSON, et al.,<br><br>　　　　　　Defendants. | 1:02- CV F 5018 REC DLB P<br><br>ORDER DENYING PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT<br>[DOC #54] |

　　　　Plaintiff is proceeding pro se and in forma pauperis. Judgment was entered in this action on February 4, 2003 after the District Judge adopted the Magistrate Judge's Findings and Recommendation granting defendants' motion to dismiss based on qualified immunity. Plaintiff filed a notice of appeal on February 19, 2003. On April 25, 2005, the Ninth Circuit Court of Appeals issued an opinion reversing the judgment and remanding the action to the District Court for further proceedings. On May 11, 2005, this Court ordered to respond to the first amended complaint. Defendants filed an answer to the first amended complaint on June 3, 2005. However, on May 27, 2005, Plaintiff filed a motion seeking leave to file a second amended complaint. Defendants filed an opposition to the motion on June 3, 2005.

　　　　Pursuant to Rule 15, "a party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. 15(a). "Otherwise, a party may

1  amend the party's pleading only by leave of court." Id. In this action, plaintiff has already amended
2  his complaint once as a matter of course under Rule 15(a). Therefore, any subsequent amendments
3  may be filed only by leave of the court.

4  Rule 7 requires that an application to the court for leave to file an amended complaint must
5  "state with particularity the grounds therefor." Fed. R. Civ. P. 7(b)(1). Plaintiff states in his request
6  that he would like to amend his complaint in that "several additional egregious acts of First
7  Amendment retaliation" have occurred. Plaintiff's request for leave to file a second amended
8  complaint does not state with particularity the grounds for amendment and plaintiff does not attach a
9  copy of his proposed second amended complaint. For this reason, plaintiff's request for leave to file
10  a second amended complaint is DENIED, without prejudice.

12  IT IS SO ORDERED.
13  Dated:   May 9, 2006            /s/ Dennis L. Beck
    3b142a                     UNITED STATES MAGISTRATE JUDGE