UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN MAURICE RHODES,<br><br>        Plaintiff,<br><br>   v.<br><br>M. ROBINSON, et al.,<br><br>        Defendants. | 1:02- CV F 5018 REC DLB P<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO FILE SECOND AMENDED COMPLAINT AND DIRECTING DEFENDANTS TO ADVISE WHETHER THEY WISH TO WAIVE RESPONSE |

      Plaintiff is proceeding pro se and in forma pauperis. Judgment was entered in this action on February 4, 2003 after the District Judge adopted the Magistrate Judge's Findings and Recommendation granting defendants' motion to dismiss based on qualified immunity. Plaintiff filed a notice of appeal on February 19, 2003. On April 25, 2005, the Ninth Circuit Court of Appeals issued an opinion reversing the judgment and remanding the action to the District Court for further proceedings. On May 11, 2005, this Court ordered defendants to respond to the first amended complaint. Defendants filed an answer to the first amended complaint on June 3, 2005. The Court issued its Discovery and Scheduling Order on July 14, 2005.

      On March 30, 2006, plaintiff filed a motion for leave to file a second amended complaint. On May 10, 2006, this Court denied plaintiff's motion on the erroneous basis that plaintiff had failed to submit the proposed second amended complaint. It appears from the docket that plaintiff in fact

1 did submit a proposed second amended complaint on May 3, 2006.

2       Plaintiff's motion to file the second amended complaint is THEREFORE GRANTED. The Clerk of Court shall file the second amended complaint which was lodged on May 3, 2006. Within 20 days of service of this Order, defendants shall advise the Court whether they wish to waive response to the second amended complaint and proceed with their motion for summary judgment filed on May 11, 2006; or whether they wish to file a response to the second amended complaint and withdraw their motion for summary judgment without prejudice.

8       IT IS SO ORDERED.

9       **Dated:   September 7, 2006**            **/s/ Dennis L. Beck**
3b142a                                UNITED STATES MAGISTRATE JUDGE