UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

KAVIN RHODES,                                1:02-cv-05018-LJO-DLB-P

       Plaintiff,              **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 94)

vs.

                                       **ORDER DISMISSING ACTION**

M. ROBINSON, et al.,

       Defendants.
_____/

    Kavin Rhodes, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C.§ 636(b)(1)(B) and Local Rule 72-302.

    On February 12, 2007, the Magistrate Judge filed Findings and Recommendation herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the Findings and Recommendation were to be filed within twenty (20) days. On February 28, 2007, plaintiff filed objections to the Magistrate Judge's Findings and Recommendation.

    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a

1  de novo review of this case.  Having carefully reviewed the
2  entire file, the Court finds the Findings and Recommendation to
3  be supported by the record and by proper analysis.
4      Accordingly, IT IS HEREBY ORDERED that:
5  1.    The Findings and Recommendations filed February 12,
6      2007 are adopted in full;
7  2.    Claims Thirteen through Thirty-Three of plaintiff's
8      second amended complaint are dismissed without
9      prejudiced for failure to exhaust administrative
10     remedies;
11 3.    Defendants' motion for summary judgment, filed May 11,
12     2006, is GRANTED IN PART AND DENIED IN PART as follows:
13     a.    Defendants' motion for summary adjudication of
14     plaintiff's First Claim for retaliation against
15     defendant Robinson; Eighth Claim for retaliation
16     against defendants Robinson and Blevins; and
17     Eleventh Claim for retaliation against defendants
18     Tidwell, Pazo and Robertson, is DENIED;
19     b.    Defendants' motion for summary adjudication of
20     plaintiff's First Claim for retaliation against
21     defendant Nelson; Second Claim for retaliation
22     against defendant Blevins; Sixth Claim for
23     retaliation against defendant Lopez; and Ninth
24     Claim for retaliation against defendant Huebner,
25     is GRANTED; and
26 4.    This case shall proceed on plaintiff's First Claim for
27     retaliation against defendant Robinson,  Eighth Claim
28     for retaliation against defendants Robinson and Blevins

2

and Eleventh Claim for retaliation against defendants Tidwell, Pazo and Robertson as well as plaintiff's Third, Fourth, Fifth, Seventh, Tenth and Twelfth Claims for retaliation which were not specifically addressed in defendants' motion.

IT IS SO ORDERED.

**Dated:   March 8, 2007**                              **/s/ Lawrence J. O'Neill**
b9ed48                                        UNITED STATES DISTRICT JUDGE