UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN MAURICE RHODES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. ROBINSON, et al.,<br><br>　　　　　Defendants. | 1:02- CV F 5018 LJO DLB P<br><br>ORDER DIRECTING CLERK TO VACATE JUDGMENT ENTERED IN ERROR |

　　　Plaintiff is proceeding pro se and in forma pauperis. On March 9, 2007, the District Court adopted the undersigned's recommendation granting defendants' motion for summary judgment in part and ordered the to case proceed on plaintiff's First Claim for retaliation against defendant Robinson, Eighth Claim for retaliation against defendants Robinson and Blevins and Eleventh Claim for retaliation against defendants Tidwell, Pazo and Robertson as well as plaintiff's Third, Fourth, Fifth, Seventh, Tenth and Twelfth Claims for retaliation.

　　　Based on an erroneous caption in the Order Adopting Findings and Recommendations, the Clerk of Court entered judgment and closed the case. Because judgment was entered in error, the Clerk of Court is HEREBY ORDERED to vacate the judgment entered on March 9, 2007. By separate order, schedule further proceedings including trial.

　　　IT IS SO ORDERED.

**Dated:　July 24, 2007**　　　　　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE