1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KAVIN RHODES,                              CASE NO. CV-F-02-5018 LJO DLB P

12               Plaintiff,           _____ORDER DENYING PLAINTIFF'S
                                             MOTION FOR RECUSAL OF DISTRICT
13          vs.                              AND MAGISTRATE JUDGE

14   M. ROBINSON,
      et al.,                                [Docs. 109, 115]
15
                    Defendants.
16

17   _____/

18

19          Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action

20   pursuant to 42 U.S.C. § 1983.  On July 31, 2007 and September 26, 2007, plaintiff filed motions for

21   recusal of the District Judge and Magistrate Judge for bias pursuant to 28 U.S.C. §§ 144 and 455.

22          In his motions, plaintiff contends that the District Judge and Magistrate Judge assigned to this

23   case have shown "overt collective bias and prejudice against plaintiff and in obvious favor of

24   defendants."  In support of his allegations, Plaintiff refers to several rulings by the Court which were

25   unfavorable to him.

26          "A judge is required to disqualify himself if his impartiality might reasonably be questioned, or

27   if he has a personal bias or prejudice for or against a party."  Hasbrouck v. Texaco, Inc., 842 F.2d 1034,

28   1045 (9th Cir. 1988) (citing 28 U.S.C. §§ 455(a), 455(b)(1)), aff'd, 496 U.S. 543, 110 S.Ct. 2535 (1990).

1

1  "The bias must stem from an extrajudicial source and not be based solely on information gained in the

2  course of the proceedings."  Id. (citing In re Beverly Hills Bancorp, 752 F.2d 1334, 1341 (9th Cir.

3  1984)).  "'Judicial rulings alone almost never constitute a valid basis for a bias or partiality motion.'"

4  In re Focus Media, Inc., 378 F.3d 916, 930 (9th Cir. 2004) (quoting Liteky v. United States, 510 U.S.

5  540, 555, 114 S.Ct. 1147 (1994)).  "'In and of themselves . . , they cannot possibly show reliance upon

6  an extrajudicial source; and can only in the rarest circumstances evidence the degree of favoritism or

7  antagonism required . . . when no extrajudicial source is involved.'"  Id.

8  Plaintiff 's disagreements with the rulings of this court are not a proper basis for recusal.

9  Plaintiff's request that the District Judge and the undersigned recuse themselves from this case is without

10  merit and is therefore denied.

11  IT IS SO ORDERED.

12  **Dated:   January 25, 2008**          **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2