IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN RHODES, | CASE NO. CV-F-02-5018 LJO DLB P |
| Plaintiff, | ORDER PROVIDING TRAVEL EXPENSE FOR PLAINTIFF'S PROPOSED UNINCARCERATED WITNESSES |
| vs. | |
| ROBINSON, et al., | |
| Defendants. / | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On December 11, 2007, the Court issued its Second Scheduling Order setting this matter for trial on March 31, 2008. In the Order, the Court advised plaintiff of the procedure for obtaining the attendance of unincarcerated witnesses who refuse to testify voluntarily. The Court advised plaintiff that he must first notify the Court in writing of the name and location of each unincarcerated witness and that the Court would then calculate the travel expense for each unincarcerated witness and notify plaintiff of the amount(s).

On January 24, 2008, plaintiff submitted the names of four unincarcerated witnesses. The witnesses are located in Bakersfield, California.

The round trip mileage from Bakersfield to Fresno is 220 miles. The mileage rate is $.445 per

1  mile. Accordingly, for each witness from Bakersfiled, California, plaintiff must submit a money order
2  made payable to the witness in the amount of $137.90 ($40.00 witness fee plus $97.90 mileage).

3  Plaintiff is reminded that <u>the subpoenas will not be served upon the unincarcerated witness by
4  the United States Marshal unless the money order is tendered to the court</u>. Because no statute authorizes
5  the use of public funds for these expenses in civil cases, the tendering of witness fees and travel
6  expenses is required even if the party was granted leave to proceed in forma pauperis. **If plaintiff
7  wishes to have the Marshal serve any unincarcerated witnesses who refuse to testify voluntarily,
8  plaintiff must submit the money orders to the court no later than the date of the pretrial
9  conference, March 14, 2008.**

10  IT IS SO ORDERED.

11  **Dated:   February 20, 2008**          /s/ **Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE

2