# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN MAURICE RHODES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>M. ROBINSON, et al.,<br><br>　　　　　　Defendants.<br>　　　　　　　　　　　　　　　／ | CASE NO. 1:02-CV-5018-AWI DLB-P<br><br>ORDERING DENYING PLAINTIFF'S<br>MOTION FOR SUBPOENA DUCES TECUM<br><br>(Doc.144) |

　　　　Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's second amended complaint, lodged on May 20, 2006 and filed pursuant to the Court's Order, on September 8, 2006. This case is proceeding on plaintiff's First Claim for retaliation against defendant Robinson, Eighth Claim for retaliation against defendants Robinson and Blevins and Eleventh Claim for retaliation against defendants Tidwell, Pazo and Robertson as well as plaintiff's Third, Fourth, Fifth, Seventh, Tenth and Twelfth Claims for retaliation which were not specifically addressed in defendants' motion. This matter is set for jury trial on May 20, 2008.

　　　　On March 19, 2008, plaintiff filed with the court a request for the issuance of five subpoena duces tecum. (Doc. 144). Plaintiff requests that the court: (1) order counsel for defendants John W. Riches II, defendant M. Robinson, and defendant R. Blevins to produce "the CD player confiscated from plaintiff by...M. Robinson, on May 3, 2001..." ; (2) order Riches II, Robinson, Nelson, and Blevins to produce the cell search log book of Housing Unit #4, reflecting the original entries for

1  May 3, 2001; and (3) order defendant Robertson to produce "documentation in your possession, that
2  plaintiff was suspected of smuggling kites to his work site, on September 11, 2001".
3       On February 26, 2008, the court issued a pre-trial order listing all documents and other
4  exhibits the parties expected to offer at trial.  Plaintiff did not indicate in his pre-trial statements that
5  he intended to offer these items as exhibits, and therefore they were not listed on the pre-trial order
6  as plaintiff's exhibits.  The pre-trial order states, "NO EXHIBIT, OTHER THAN THOSE LISTED
7  IN THIS SECTION, MAY BE ADMITTED UNLESS THE PARTIES STIPULATE OR UPON A
8  SHOWING THAT THIS ORDER SHOULD BE MODIFIED TO PREVENT "MANIFEST
9  INJUSTICE."  Fed. R. Civ. P. 16(e); Local Rule 16-281(b)(11)." (Doc. 129, p.11:27-p.12:2,
10  emphasis in original).  Plaintiff has not made a showing of manifest injustice.  Accordingly,
11  plaintiff's motion for the issuance of five subpoena duces tecum is denied.
12       The cell search log for plaintiff's housing unit for May 3, 2001 requested by plaintiff is
13  included on defendants' exhibit list. (Doc. 129, p.13:27).  Accordingly, counsel for the defendants
14  is ordered to provide plaintiff with a copy of the cell search log for plaintiff's housing unit on May
15  3, 2001 at trial.
16       IT IS SO ORDERED.
17       Dated:   **March 27, 2008**                    /s/ **Dennis L. Beck**
                                                      UNITED STATES MAGISTRATE JUDGE

2