# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN MAURICE RHODES, | CASE NO. 1:02-CV-5018-AWI DLB-P |
| Plaintiff, | ORDERING RE PLAINTIFF'S MOTION FOR ATTENDANCE OF INCARCERATED WITNESSES |
| v. | |
| M. ROBINSON, et al., | (Docs. 119, 122) |
| Defendants. | |
| _____ / | |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. This action is proceeding on plaintiff's second amended complaint, lodged on May 20, 2006 and filed pursuant to the Court's Order, on September 8, 2006. This case is proceeding on plaintiff's First Claim for retaliation against defendant Robinson, Eighth Claim for retaliation against defendants Robinson and Blevins and Eleventh Claim for retaliation against defendants Tidwell, Pazo and Robertson as well as plaintiff's Third, Fourth, Fifth, Seventh, Tenth and Twelfth Claims for retaliation which were not specifically addressed in defendants' motion. This matter is set for jury trial on May 20, 2008.

On January 16 and 24, 2008, plaintiff filed motions for the attendance of four incarcerated witnesses. (Docs. 119, 122). In their pre-trial statement, defendants objected to the intended testimony of plaintiff's incarcerated witnesses as cumulative and irrelevant to the issues of this matter. (Doc. 123, p10:16-17). Defendants were subsequently afforded an opportunity to file written objections to plaintiff's incarcerated witnesses in writing on or before March 12, 2008 (Doc. 129,

1 p.17:11-14).  Defendants have not filed an opposition to plaintiff's motion for attendance of
2 incarcerated witnesses and the court therefore deems defendants to have waived their objections to
3 the attendance of plaintiff's incarcerated witnesses at trial.

4 Upon review of plaintiff's motion and declaration in support, it appears that plaintiff's four
5 incarcerated witnesses may have relevant testimony concerning the matters at issue.  Therefore, the
6 court HEREBY GRANTS plaintiff's motion for the attendance of incarcerated witnesses:

7 (a) **LARRY ANDERSON**, Inmate #H-34500, at California Correctional
8 Institution - Tehachapi, P.O. Box 1902, Tehachapi, California, 93581;
9 (b) **KIRKTON MOORE**, Inmate #C-77603, at CCI - Tehachapi, P.O. Box 1902,
10 Tehachapi, California, 93581;
11 (c) **DARREN WILLIAMS**, Inmate #D-62700, at CCI - Tehachapi, P.O. Box
12 1902, Tehachapi, California, 93581; and
13 (d) **CIRON B. SPRINGFIELD**, Inmate #P-70044, at Lancaster State Prison, 44750
14 60th Street West, Lancaster, California, 93536.

15 The court shall direct the Clerk of the Court to prepare the necessary transportation writs.

17 IT IS SO ORDERED.
18 Dated:  **April 11, 2008**          /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE