IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN M. RHODES, | CASE NO. CV-F-02-5018 LJO DLB P |
| Plaintiff, | ORDER GRANTING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT B. JONES |
| vs. | |
| M. ROBINSON, et al., | [Doc. 140] |
| Defendants. | |

Plaintiff Kavin Rhodes ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. On March 24, 2008, plaintiff filed a request for entry of default against defendant B. Jones. (Doc. 140).

A review of the record in this action reveals that a return of service for defendant Jones was filed on August 19, 2002. (Doc. 33).

Entry of default is appropriate as to any party against whom a judgment for affirmative relief is sought that has failed to plead or otherwise defend as provided by the Federal Rules of Civil Procedure and where that fact is made to appear by affidavit or otherwise. See Fed. R. Civ. P. 55(a). Plaintiff is reminded that "[f]or good cause shown the court may set aside an entry of default and, if a judgment by default has been entered, may likewise set it aside in accordance with Rule 60(b)." Fed. R. Civ. Pro. 55(c).

On July 15, 2002, defendants Jones, Huebner, Robertson, Robinson, Blevins, Nelson, Pazo,

1 Tidwell, and Lopez filed a motion to dismiss pursuant to Rule 12(b)(6). On December 13, 2002, the court issued its Findings and Recommendations recommending that defendants' motion be granted. On February 3, 2003, the court issued an order adopting the Findings and Recommendations and the action was dismissed. Judgment was entered on February 4, 2003.

Plaintiff appealed to the United States Court of Appeals for the Ninth Circuit, and on May 5, 2005, the Court issued its order reversing and remanding the decision of the district court.
On June 3, 2005, defendants Huebner, Robertson, Blevins, Nelson, Pazo, Tidwell and Lopez filed an answer to plaintiff's complaint. (Doc. 55). On May 11, 2005, defendants Robinson, Blevins, Nelson, Pazo, Robertson, Tidwell, Lopez and Huebner filed a motion for summary judgment. (Doc.75). On September 8, 2006, this court granted plaintiff's motion to file a second amended complaint, and ordered the defendants to advise the court whether they wished to waive their response to the second amended complaint and proceed with their motion for summary judgment, or whether they wished to file a response to the second amended complaint. (Doc. 88).

On September 26, 2006, defendants Robinson, Blevins, Nelson, Pazo, Robertson, Tidwell, Lopez, Huebner indicated that they would waive their response to the second amended complaint and elected to proceed with their motion for summary judgment. (Doc. 90). On February 2, 2207, this court issued its Findings and Recommendations recommending that defendants' motion for summary judgment be granted in part. On March 9, 2007, the court issued its order adopting the findings and recommendations.

On January 29, 2008, defendant Jones, Robinson, Blevins, Pazo, Robertson, Tidwell, and Malone filed a pre-trial statement in this matter. However, defendant Jones has not yet filed an answer nor waived a response to plaintiff's second amended complaint.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's request for entry of default, filed March 24, 2008, is GRANTED, and
2. The Clerk of the Court is DIRECTED to enter the default of defendant Jones.

IT IS SO ORDERED.

Dated:   **April 16, 2008**          /s/ **Dennis L. Beck**
                                     UNITED STATES MAGISTRATE JUDGE