1
2
3
4
5
6
7
8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   KAVIN M. RHODES,                          CASE NO. CV-F-02-5018 LJO DLB P

12                   Plaintiff,               _____ORDER REGARDING PLAINTIFF'S
                                              REQUEST FOR CONTINUANCE
13
                                              ORDER EXTENDING DEADLINES FOR
14       vs.                                  FILING MOTIONS IN LIMINE, AND
                                              OPPOSITIONS TO ANY MOTIONS IN
15                                            LIMINE

16   M. ROBINSON, et al.,                     [Doc. 140]

17                   Defendants.
     _____/
18

19          Plaintiff Kavin Rhodes ("plaintiff") is a state prisoner proceeding pro se and in forma

20   pauperis in a civil rights action pursuant to 42 U.S.C. § 1983.  This matter is currently set for jury

21   trial on May 20, 2008 at 9:00 a.m. (Doc. 149).

22          On April 11, 2008, plaintiff filed a motion for a thirty day continuance of the trial date, on the

23   grounds that his legal materials were removed from him and that he was therefore unable to prepare

24   for trial.  (Doc. 140).  Defendants filed a statement of non-opposition on April 11, 2008. (Doc. 152).

25          A telephonic trial conference hearing was held on April 18, 2008 to discuss plaintiff's motion

26   for a continuance.  Plaintiff indicated that his legal materials had since been returned, and agreed to

27   withdraw his request based on the present circumstances.

28   ///

                                                    1

Accordingly, plaintiff's motion for a 30 day continuance is HEREBY DISREGARDED.  The court will allow both parties an extension of time to file their motions in limine. All motions in limine must be served on the other party  and filed with the Court, by **April 29, 2008.**  Any opposition to a motion in limine must be served on the other party, and filed with the Court by **May 13, 2008**.  If any party files a motion in limine, the Court will hear and decide such motions at 8:30 a.m. on the morning of trial.


IT IS SO ORDERED.

**Dated:**    **April 18, 2008**              _____ **/s/ Dennis L. Beck** _____
UNITED STATES MAGISTRATE JUDGE