UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KAVIN M. RHODES, | ) | 1:02-cv-5018 LJO DLB PC |
| Plaintiff, | ) | |
| | ) | ORDER VACATING APRIL 14, 2008 ORDER AND |
| | ) | WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | ) | AS TO WITNESS LARRY ANDERSON |
| | ) | |
| M. ROBINSON, et al., | ) | (Doc. 153) |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff Kavin M. Rhodes ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. This matter is currently set for trial on May 20, 2008 before the Honorable Judge O'Neill.

On April 14, 2008, the court issued an order and Writ of Habeas Corpus ad Testificandum to Transport Larry Anderson, commanding the Warden of Salinas Valley State Prison to produce California prisoner Larry Anderson, CDC #H-34500, in this court on May 20, 2008, to testify at trial in this action. (Doc. 153)

On April 28, 2008, Inmate Larry Anderson filed a letter with this court, in which he states that he does not know plaintiff, knows nothing about the present case, and does not wish to testify. (Doc. 170). Although plaintiff filed a declaration on January 16, 2008 stating that Inmate Anderson has

///

///

1

voluntarily agreed to testify (Doc. 119, p.5), that no longer appears to be the case.[1]  Further, it does not appear that Inmate Anderson has any relevant testimony to give.

Accordingly, the order and writ issued on April 14, 2008, commanding the production of inmate Larry Anderson, is HEREBY VACATED.  The Clerk of the Court is directed to send a copy of the instant order to Inmate Larry Anderson.  The Clerk of the Court is further directed to send to plaintiff a copy of Court Document #170.

IT IS SO ORDERED.

Dated:   **April 30, 2008**          /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff states in his declaration that he spoke with Inmate Anderson in May 2001.

2