UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KAVIN M. RHODES, | ) | 1:02-cv-5018 LJO DLB PC |
|     Plaintiff, | ) | |
| | ) | ORDER RE MOTION TO COMPEL |
| v. | ) | (Doc. 165) |
| M. ROBINSON, et al., | ) | ORDER DIRECTING CLERK OF THE COURT TO SEND TO PLAINTIFF A COPY OF COURT DOCUMENT 133 |
|     Defendants. | ) | |

Plaintiff Kavin M. Rhodes ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. This matter is currently set for jury trial on May 20, 2008 before the Honorable Judge O'Neill.

On March 7, 2008, defendant Malone filed her answer to plaintiff's second amended complaint, along with a declaration of service on plaintiff. (Doc. 133). On April 23, 2008, plaintiff filed a document entitled, "Motion to Compel Defense Counsel to Supply Plaintiff with a copy of the Answer for Defendant Malone". (Doc. 165). Plaintiff states that he has not received a copy of defendant Malone's answer.

In the interest of expediency, the court will direct the Clerk of the Court to send to plaintiff a copy of Court Document #133.

IT IS SO ORDERED.

    Dated: **May 2, 2008**      **/s/ Dennis L. Beck**

1

1 UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28