UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KAVIN M. RHODES, | ) | 1:02-cv-5018 LJO DLB PC |
| Plaintiff, | ) | |
| | ) | ORDER RE MOTION FOR CONTINUANCE |
| v. | ) | (Doc. 171) |
| M. ROBINSON, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

Plaintiff Kavin M. Rhodes ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. This matter is currently set for jury trial on May 20, 2008 before the Honorable Judge O'Neill.

On April 28, 2008, plaintiff filed a motion for a thirty day continuance, on the grounds that he was recently moved to administrative segregation and did not have access to all his legal property. (Doc. 171). A telephonic conference was held on this matter on May 2, 2008. Plaintiff confirmed that he has since received back all his legal materials, and agreed to withdraw his motion for continuance.

During the telephonic conference, counsel for defendants also advised that defendant Malone is scheduled for surgery on May 21, 2008. Plaintiff and counsel for defendants have agreed that in lieu of having defendant Malone attend and testify on the first day of trial, her deposition will be taken on May 8, 2008. Counsel for defendants will prepare and provide copies of the deposition transcript.

///

Accordingly, the court HEREBY ORDERS as follows:

1. Plaintiff's motion for a continuance of the trial date, filed April 28, 2008, is DISREGARDED as moot. This matter will proceed to trial on May 20, 2008; and
2. Defendant Malone's testimony will be taken by deposition. Counsel for defendants will prepare and provide copies of the deposition transcript for trial.

.

IT IS SO ORDERED.

**Dated:   May 2, 2008**            **/s/ Dennis L. Beck**
                                    UNITED STATES MAGISTRATE JUDGE