UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KAVIN M. RHODES, | ) | 1:02-cv-5018 LJO DLB PC |
|     Plaintiff, | ) | |
| | ) | ORDER VACATING APRIL 14, 2008 ORDER AND |
| | ) | WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
|     v. | ) | AS TO WITNESS DARREN WILLIAMS |
| | ) | |
| M. ROBINSON, et al., | ) | (Doc. 157) |
| | ) | |
| | ) | |
|     Defendants. | ) | |
| _____ | ) | |

Plaintiff Kavin M. Rhodes ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. This matter is currently set for trial on May 20, 2008 before the Honorable Judge O'Neill.

On April 14, 2008, the court issued an order and Writ of Habeas Corpus ad Testificandum to Transport Darren Williams, commanding the Warden of California State Prison, Solano, to produce California prisoner Darren Williams, CDC #D-62700, in this court on May 20, 2008, to testify at trial in this action. (Doc. 157)

On May 7, 2008 the Clerk of the Court received a letter dated May 5, 2008, from Arthur H. Weed, Attorney at Law, who is representing Inmate Williams in a separate, unrelated proceeding. Mr. Weed states that his client has informed him that he knows nothing about this instant case and does not know plaintiff. Although plaintiff filed a declaration on January 16, 2008 stating that Inmate Williams

///

1

1  has voluntarily agreed to testify (Doc. 119, p.5), that no longer appears to be the case.[1] Further, it does
2  not appear that Inmate Williams has any relevant testimony to give.
3      Accordingly, the order and writ issued on April 14, 2008, commanding the production of
4  Inmate Darren Williams, is HEREBY VACATED. The Clerk of the Court is directed to send a copy
5  of the instant order to Mr. Arthur Reed. The Clerk of the Court is also directed to send to plaintiff a copy
6  of the letter from Mr. Arthur Reed, dated May 5, 2008.
7      IT IS SO ORDERED.
8      **Dated:   May 8, 2008**          /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff states in his declaration that he spoke with Inmate Williams on June 3, 2001.

2