UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN M. RHODES,<br><br>    Plaintiff,<br><br>    v.<br><br>M. ROBINSON, et al.,<br><br>    Defendants. | 1:02-cv-5018 LJO DLB PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR CONTINUANCE OF TRIAL<br><br>(Doc. 184) |

Plaintiff Kavin M. Rhodes ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in a civil rights action pursuant to 42 U.S.C. § 1983. This matter is currently set for trial on May 20, 2008 before the Honorable Judge O'Neill. On April 28 and 29, 2008, the Clerk of the Court received letters from inmate Larry Anderson, whom plaintiff stated had voluntarily agreed to testify at trial. (Docs. 170, 179). In the letters, inmate Anderson states that he does not know plaintiff, knows nothing about the present case, and does not wish to testify. On April 30, 2008, this court issued an order vacating the transportation writ for inmate Anderson (Doc. 172).

On May 8, 2008, plaintiff filed his third motion for a continuance of the trial. (Doc. 184). Plaintiff alleges that Inmate Anderson is the victim of "threats, coersion [sic] and intimidation by prison staff". Plaintiff seeks a continuance of the trial date, or in the alternative, a telephonic conference between plaintiff, the court, and inmate Anderson.

As explained in the court's order issued April 30, 2008, although plaintiff filed a declaration

1

on January 16, 2008 stating that inmate Anderson had voluntarily agreed to testify, that no longer appeared to be the case.[1] Further, it did not appear that inmate Anderson has any relevant testimony to give. On these grounds, this court vacated the order and writ issued on April 14, 2008, commanding the production of inmate Larry Anderson. Plaintiff's bald allegations that inmate Anderson was likely coerced, threatened, or intimidated by prison staff do not support a motion for a continuance of the trial date, or a telephonic conference.

Accordingly, the Court HEREBY ORDERS as follows:

1. Plaintiff's motion for a continuance of the trial date, filed May 8, 2008, is HEREBY DENIED;
2. Plaintiff's motion for a telephonic conference between plaintiff, the court, and inmate Anderson is HEREBY DENIED; and
3. This matter shall proceed to trial on May 20, 2008.

IT IS SO ORDERED.

Dated:   **May 14, 2008**          /s/ **Dennis L. Beck**
                                                  UNITED STATES MAGISTRATE JUDGE

---

[1] Plaintiff states in his declaration that he spoke with Inmate Anderson in May 2001. (Doc. 119, p.5).

2