1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    KAVIN M. RHODES                    CASE NO. 1:02-cv-05018-LJO-DLB PC

10                Plaintiff,         ORDER REQUIRING PRODUCTION OF
PLAINTIFF FOR TRIAL ON MAY 20, 2008,
11       v.                              AT 8:00 A.M.

12    ROBINSON et al.,

13                Defendants.

14    _____/

15
16
17       Plaintiff Kavin M. Rhodes shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Tuesday, May 20, 2008, and from day to day until completion of the proceedings or as ordered by the Court.

18 IT IS SO ORDERED.

19 **Dated:    May 20, 2008**            **/s/ Lawrence J. O'Neill**
20                                  UNITED STATES DISTRICT JUDGE
21
22
23
24
25
26
27
28