# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN M. RHODES | CASE NO. 1:02-cv-05018-LJO-DLB PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF WITNESS CIRON SPRINGFIELD FOR TRIAL ON MAY 20, 2008, AT 8:00 A.M. |
| v. | |
| ROBINSON et al., | |
| Defendants. | |
| _____/ | |

Witness Ciron Springfield shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Tuesday, May 20, 2008, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

**Dated:    May 20, 2008**              **/s/ Lawrence J. O'Neill**
                                                    UNITED STATES DISTRICT JUDGE