# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN M. RHODES | CASE NO. 1:02-cv-05018-LJO-DLB PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF WITNESS KIRKTON MOORE FOR TRIAL ON MAY 20, 2008, AT 8:00 A.M |
| v. | |
| ROBINSON et al., | |
| Defendants. | |

Witness Kirkton Moore shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Tuesday, May 20, 2008, and from day to day until completion of the proceedings or as ordered by the Court.

IT IS SO ORDERED.

Dated: **May 20, 2008**          /s/ Lawrence J. O'Neill
                                 UNITED STATES DISTRICT JUDGE