FILED

MAY 2 0 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN MAURICE RHODES, | CASE NO. CV F 02-5018 LJO DLB PC |
| Plaintiff, | |
| vs. | |
| M. ROBINSON, et al, | |
| Defendants. | |

This Court hereby orders the California Department of Corrections, specifically Warden Darrel Adams of the Corcoran State Prison to transport the following inmate to the ongoing jury trial in the above-captioned matter, and have him in Department four of the United States District Court in Fresno, California to be a witness, no later than 9:30 a.m. on Wednesday, May 21, 2008:

Darren Charles Williams, #D 62700.

Dated: May 20, 2008.

*/s/ Lawrence J. O'Neill*

Lawrence J. O'Neill
United States District Judge

1