# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN M. RHODES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROBINSON, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:02-CV-05018-LJO-DLB PC<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME AS MOOT (DOC. 232)<br><br>ORDER GRANTING MOTION FOR COPY OF PLAINTIFF'S SECOND AMENDED COMPLAINT (DOC. 233) |

　　　　Plaintiff Kavin M. Rhodes ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is: 1) Plaintiff's second motion for extension of time to file his third amended complaint, filed March 31, 2011; and 2) Plaintiff's motion for a copy of Plaintiff's second amended complaint, filed March 31, 2011.

　　　　Plaintiff moves for an extension of time, up to and including May 11, 2011, in which to file his third amended complaint.  The Court had previously granted Plaintiff's first motion on March 24, 2011.  Order, Doc. 231.  Plaintiff was granted up to and including May 11, 2011 in which to file his third amended complaint.  Accordingly, Plaintiff's motion for extension of time is DENIED as moot.

　　　　Plaintiff also moves for a copy of his second amended complaint.  Plaintiff contends that he has been deprived of legal property and is thus unable to meet the Court's deadline.  The Court does not provide copies of documents.  *See* Informational Order, Doc. 16.  Due to the

1 circumstances, the Court will however extend the deadline for Plaintiff to file his amended
2 complaint an additional 30 days to June 13, 2011.

IT IS SO ORDERED.

Dated:   **April 6, 2011**              **/s/ Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

2