# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN M. RHODES, | CASE NO. 1:02-CV-05018-LJO-DLB PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTIVE RELIEF |
| v. | |
| M. ROBINSON, et al., | (DOC. 230) |
| Defendants. | |

Plaintiff Kavin M. Rhodes ("plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On October 12, 2010, Plaintiff filed a motion for temporary restraining order, construed as a motion for preliminary injunctive relief. Doc. 214. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 23, 2011, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within twenty-one days. Plaintiff filed an Objection to the Findings and Recommendations on April 14, 2011. Doc. 235.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed March 23, 2011, is adopted in full; and
2. Plaintiff's motion for temporary restraining order, construed as a motion for preliminary injunctive relief, is denied.

IT IS SO ORDERED.

**Dated:   May 13, 2011**                   **/s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE

1