# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN M. RHODES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>M. ROBINSON, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:02-cv-05018-LJO-DLB PC<br><br>ORDER FINDING SERVICE OF THIRD AMENDED COMPLAINT APPROPRIATE AND FORWARDING DOCUMENTS TO PLAINTIFF (DOC. 239)<br><br>ORDER REQUIRING DEFENDANTS LOPEZ, PAZO, AND TIDWELL TO FILE RESPONSIVE PLEADING WITHIN THIRTY DAYS |

Plaintiff Kavin M. Rhodes ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983.

Plaintiff filed his third amended complaint on June 9, 2011. The Court screened Plaintiff's second amended complaint pursuant to 28 U.S.C. § 1915A and § 1915(e)(2), and finds that it states a cognizable claim for relief under § 1983 against Wenneker, Pazo, Tidwell, Chapman, Lopez, K. Todd, Metzen, and Garza for retaliation in violation of the First Amendment, and against Defendants Garza and Jones for excessive force in violation of the Eighth Amendment.

Accordingly, IT IS HEREBY ORDERED that:

1. Service is appropriate for Defendants Wenneker, Chapman, Todd, Metzen, Garza, and Jones.[1]

---

[1] Defendants Lopez, Pazo, and Tidwell have already appeared in this action and are represented by the California Attorney General's office. Re-service of process by the United States Marshal on these Defendants is unnecessary. Pursuant to Federal Rule of Civil Procedure 5 and the Local Rules, and in the interest of judicial economy, the Notice of Electronic Filing of Plaintiff's third amended complaint is sufficient service on Defendants

1

1    2.   The Clerk of the Court shall send Plaintiff six (6) USM-285 forms, six (6) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the third amended complaint filed June 9, 2011.

2    3.   Within **THIRTY (30) DAYS** from the date of this Order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a.   Completed summonses;

   b.   One completed USM-285 form for each defendant listed above; and

   c.   Seven (7) copies of the endorsed third amended complaint filed June 9, 2011.

4.   Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named Defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5.   <u>If Plaintiff fails to comply with this Order, it will result in a recommendation of dismissal of this action</u>.

IT IS SO ORDERED.

Dated:   **June 1, 2012**              /s/ **Dennis L. Beck**
                                        UNITED STATES MAGISTRATE JUDGE

---

Lopez, Pazo, and Tidwell. Defendant Lopez, Pazo, and Tidwell are HEREBY ORDERED to file a responsive pleading within thirty (30) days from the date of service of this order.

2