# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN M. RHODES, | Case No. 1:02-cv-05018-LJO-DLB PC |
| Plaintiff, | **ORDER REGARDING DISCOVERY AND SCHEDULING OR DER** |
| v. | |
| ROBINSON, et al., | |
| Defendants. | |

Plaintiff Kavin M. Rhodes ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation. Plaintiff is proceeding pro se and in forma pauperis in this civil action pursuant to 42 U.S.C. § 1983. This action is proceeding on Plaintiff's amended complaint, filed June 9, 2011, against Defendants Wenciker[1], Pazo, Tidwell, Chapman, Lopez, K. Todd, Metzen, and Garza for retaliation in violation of the First Amendment, and against Defendants Garza and Jones for excessive force in violation of the Eighth Amendment. The United States Marshal was directed to effect service as to Defendants Chapman, Garza, Jones, Metzen, Todd, and Wenciker. On September 21, 2012, Defendants Chapman, Jones, Metzen, Todd, and Wenciker filed an answer. On August 9, 2012, the Court had issued a discovery and scheduling order in this action. In the interest of judicial economy, the Court will set the same discovery and schedule deadlines for Defendants Chapman, Jones, Metzen, Todd, and Wenciker.

---

[1] Plaintiff had named the Defendant as "Wenneker."

1

Accordingly, it is HEREBY ORDERED that the Discovery and Scheduling Order, issued August 9, 2012, is applicable to Defendants Chapman, Jones, Metzen, Todd, and Wenciker.

IT IS SO ORDERED.

Dated:   **September 24, 2012**            /s/ *Dennis L. Beck*
                                                             UNITED STATES MAGISTRATE JUDGE

2