# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN M. RHODES,<br><br>  Plaintiff,<br><br>  v.<br><br>ROBINSON, et al.,<br><br>  Defendants. | 1:02cv05018 LJO DLB PC<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY SCHEDULING ORDER (Document 291)<br><br>**Dispositive Motion Deadline: August 5, 2013** |

    Plaintiff Kavin M. Rhodes ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Pursuant to the August 9, 2012, Discovery and Scheduling Order, the dispositive motion deadline is June 20, 2013.

    On June 12, 2013, Defendants filed a Motion to Modify the Scheduling Order, and request a 45-day extension of the dispositive motion deadline.

    "A scheduling order may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4). Here, Defendants' counsel states that he was on FMLA leave for four weeks in May 2013 and has numerous upcoming deadlines. Brice Decl. ¶¶ 3-6. Because of these factors, counsel does not believe that he can meet the June 20, 2013, deadline. Brice Decl. ¶ 7.

    The Court also notes that Findings and Recommendations are pending regarding dismissal of certain claims, for which Plaintiff has received an extension of time to file objections.

1  For GOOD CAUSE appearing, Defendants' motion is GRANTED.  The dispositive motion
2  deadline SHALL be extended to August 5, 2013.

4  IT IS SO ORDERED.

5  Dated:  **June 23, 2013**              /s/ Dennis L. Beck
6                                  UNITED STATES MAGISTRATE JUDGE