1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KAVIN M. RHODES, | ) | 1:02cv05018 LJO DLB PC |
| Plaintiff, | ) | |
| v. | ) | ORDER DENYING PLAINTIFF'S REQUEST FOR COPY OF DEPOSITION TRANSCRIPT |
| ROBINSON, et al., | ) | |
| Defendants. | ) | (Document 300) |

     Plaintiff Kavin M. Rhodes ("Plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

     Defendants filed a Motion for Summary Judgment on August 5, 2013. On September 9, 2013, Plaintiff filed a request for an extension of time to file an opposition. The request was granted by separate order.

     Plaintiff's request for an extension also included a request for "a complete copy of the transcript" of his April 4, 2013, deposition. Plaintiff states that prior to the commencement of the deposition, Defendants' counsel stated that he would receive a copy of the deposition. Plaintiff has not received the copy, and contends that he needs the deposition to oppose Defendants' "gross misrepresentations" of his testimony in their Motion for Summary Judgment. Mot. 2.

1  Plaintiff is not entitled to a free copy of his deposition transcript. Fed. R. Civ. P. 30(f)(3).
2  Plaintiff is entitled to review the transcript and make changes, which was explained to him at the
3  beginning of the deposition, but the request for review must have been made before the completion of
4  the deposition. Fed. R. Civ. P. 30(e)(1). If Plaintiff made a timely request, the Court requests that
5  Defendants ensure the review to which he is entitled occurs.

6  Insofar as Plaintiff believes that Defendants have misrepresented his testimony, Defendants
7  have attached the relevant portions of Plaintiff's deposition to their Motion for Summary Judgment
8  and Plaintiff can review the attachments. Moreover, the Court has a complete copy of Plaintiff's
9  deposition and can assess Defendants' statements accordingly

10  To the extent Plaintiff is seeking a free copy of the transcript, however, his motion is HEREBY
11  DENIED.

13  IT IS SO ORDERED.

14  Dated:   **September 16, 2013**            /s/ *Dennis L. Beck*
15                                             UNITED STATES MAGISTRATE JUDGE