# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN M. RHODES,<br><br>           Plaintiff<br><br>      v.<br><br>M. ROBINSON, et al.,<br><br>           Defendants. | CASE No. 1:02-cv-05018-LJO-DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>TWENTY-ONE DAY DEADLINE |

Plaintiff Kavin M. Rhodes, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 4, 2002. On August 5, 2013, Defendants filed a motion for summary judgment. (ECF No. 296.) On September 12, 2013, the Court issued an order granting Plaintiff a forty-five day extension of time to file an opposition. (ECF No. 301.) More than forty-five days has passed, and Plaintiff has not filed an opposition or a statement of non-opposition to the motion. Local Rule 230(*l*).

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff shall file an opposition or a statement of non-opposition to the motion within **twenty-one (21) days** from the date of service of this order; and

2. **Plaintiff is warned that the failure to comply with this order will result in dismissal of the action, with prejudice, for failure to prosecute.**

IT IS SO ORDERED.

Dated:   **December 17, 2013**                   /s/ *Dennis L. Beck*
                                                                             UNITED STATES MAGISTRATE JUDGE