# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN MAURICE RHODES, | Case No. 1:02-cv-05018 LJO DLB PC |
| Plaintiff, | ORDER VACATING TRIAL CONFIRMATION HEARING SET FOR JUNE 11, 2015 |
| v. | |
| M. ROBINSON, et al., | ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED |
| Defendants. | **FIVE-DAY DEADLINE** |

Plaintiff Kavin Maurice Rhodes, ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on January 4, 2002.

Jury trial is set for July 21, 2015. Pursuant to the second scheduling order of January 27, 2015, Plaintiff's pretrial statement was due on or before May 14, 2015, but Plaintiff failed to comply with the order.

Accordingly, Plaintiff is HEREBY ORDERED to show cause within **five (5) days** from the date of service of this order why this action should not be dismissed, with prejudice, as a sanction against him for failing to obey a court order and failing to prosecute this action. The telephonic trial confirmation hearing set for June 11, 2015, is VACATED pending resolution of this order to show

///

///

1

1 cause. **The failure to comply with this order, or the failure to show good cause, will result in**
2 **dismissal of this action, with prejudice.**

IT IS SO ORDERED.

    Dated:   **June 3, 2015**                /s/ Lawrence J. O'Neill
                                              UNITED STATES DISTRICT JUDGE