# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAVIN MAURICE RHODES, | Case No. 1:02-cv-05018 LJO DLB PC |
| Plaintiff, | ORDER DISMISSING CASE WITH PREJUDICE |
| v. | |
| M. ROBINSON, et al., | |
| Defendants. | |

Plaintiff Kavin Maurice Rhodes, ("Plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action on January 4, 2002.

On June 9, 2015, the parties submitted a stipulation for voluntary dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Accordingly, the case is HEREBY DISMISSED WITH PREJUDICE. Each party shall bear its own litigation costs and attorney's fees.  This terminates the action in its entirety.

IT IS SO ORDERED.

Dated:  __June 10, 2015__          ___/s/ Lawrence J. O'Neill___
                                   UNITED STATES DISTRICT JUDGE